1  JAMES C. SHAH (State Bar No. 260435)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2  One California Street, Suite 900
   San Francisco, California 94111-5401
3  Phone: (415) 429-5272
   Fax:   (866) 300-7367
4  E-Mail: jshah@sfmslaw.com

5  Attorneys for Plaintiff
   LEAH BASSKNIGHT

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10 | LEAH BASSKNIGHT, On Behalf of Herself, | Case No. 3:16-cv-01853 JD |
   | and All Others Similarly Situation, | |
11 | | |
   | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
12 | | **PURSUANT TO RULE 41 (a)** |
13 | vs. | |
14 | | Complaint Filed: April 8, 2016 |
   | DOORDASH, INC., | |
15 | | The Honorable James Donato |
   | Defendant. | |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Leah
2  Bassknight, voluntarily dismisses this action without prejudice.

4  DATED:  July 26, 2016

By: ___/s/ James C. Shah_____
JAMES C. SHAH (State Bar No. 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
One California Street, Suite 900
San Francisco, California 94111-5401
Phone:  (415) 429-5272
Fax: (866) 300-7367
E-Mail: jshah@sfmslaw.com

DANIEL A. SCHLANGER (*Pro Hac*)
PATRICIA KAKALEC (*Pro Hac*)
KAKALEC & SCHLANGER, LLP
85 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.500.6114
Facsimile: 646.612.7996
Email: dschlanger@kakalec-schlanger.com
           Pkakalec@kakalec-schlanger.com

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2016, a true and correct copy of the foregoing was filed the Clerk of Court using the CM/ECF filing system and, by so doing, served all counsel of record electronically.

<u>s/James C. Shah</u>
James C. Shah

16-cv-01853 JD
JOINT STIPULATION AND [PROPOSED] ORDER